

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00074-CV

**IN THE INTEREST OF P.Y.-R.A. AND P.R.W.-D.**, Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02289
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED May 25, 2022.

_____
Beth Watkins, Justice